# Court of Appeals of the State of Georgia

ATLANTA,  August 17, 2023

*The Court of Appeals hereby passes the following order:*

**A24D0036. JUSTIN HAWKINS v. KYYA GALVIN.**

In 2011, Justin Hawkins and Kyya Galvin were divorced and the court awarded Galvin primary physical custody of the parties' minor children J. H. and Y. H. In 2019, Hawkins filed a petition to modify custody. The juvenile court issued an order awarding primary physical custody of J. H. to Hawkins, but leaving physical custody of Y. H. with Galvin. This Court affirmed the juvenile court's order on appeal. Case No. A21A1337 (Dec. 1, 2021).

In 2022, Hawkins initiated the instant case in superior court in which he has requested that he be awarded primary physical custody of Y. H., that Galvin be found in contempt, and that Galvin pay him certain parenting expenses and attorney fees. The superior court issued an interlocutory order finding Galvin in contempt and ordering her to pay Hawkins for certain parenting expenses and attorney fees. The superior court subsequently issued a final order denying Hawkins' request for primary physical custody of Y. H., finding that Galvin was not in contempt, and denying Hawkins' request for additional attorney fees. Hawkins then filed this timely application for discretionary review of the final order, in which he argues that the superior court erred in denying his request for primary physical custody of Y. H.

Under OCGA § 5-6-34 (a) (11), direct appeals are permitted from "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody[.]" Thus, when the issue on appeal pertains to child custody, the order is directly appealable. See *Voyles v. Voyles*, 301 Ga. 44, 46-47 (799 SE2d 160) (2017). Because Hawkins seeks to challenge the superior court's child custody ruling, the order here may be appealed directly. See id.

We will grant a timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Hawkins shall have ten days from the date of this order to file a notice of appeal with the superior court, if he has not already done so. The clerk of the superior court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,   08/17/2023*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*